UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                   Case No.22-41304-jmm

RODRIGO I DUTAN,                                  Chapter 13

                                    Debtor.
-----------------------------------------------------------X

## AFFIRMATION REGARDING DEBTOR'S POST-PETITION MORTGAGE PAYMENTS

The undersigned, being an attorney duly admitted in New York, affirms subject to the penalties for perjury:

On June 30th, 2022, I viewed post-petition mortgage payments made by Rodrigo Dutan, the Debtor in this Chapter 13 case. The Debtor is current on his post-petition mortgage obligations, up to and including the payment due on or before June 30th, 2022 for the property located at 105-14 89th Street, Ozone Park NY 11417 and the loan ending in -6965-. Attached to this affirmation is a redacted mortgage statement showing that payments were made through June, 2022. Confirmation number can be provided if requested.

                                /s/ Alexander Knipenberg
                                Alexander Knipenberg, Esq.
                                *Staff Attorney*
                                Brooklyn Legal Services Corp. A
                                *Attorneys for Debtor Rodrigo I Dutan*
                                260 Broadway, Suite 2
                                Brooklyn, New York 11211
                                Phone: (718) 487-2343
                                aknipenberg@bka.org

**WELLS FARGO Home Mortgage**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

Página 1 de 5

| | |
|---|---|
| Fecha del estado de cuenta | 06/16/22 |
| Número de préstamo | 965 |
| Fecha de pago | 08/01/22 |
| **Monto total del pago** | **$3,233.03** |

Si usted se encuentra en un caso de quiebra/bancarrota activo o ha recibido una rehabilitación en virtud del Código de Quiebras de los Estados Unidos, este estado de cuenta se le envía con fines informativos únicamente. Si desea dejar de recibir estados de cuenta, escríbanos a la dirección para correspondencia indicada en el estado de cuenta.

RODRIGO DUTAN
AMABLE C URUCHIMA
9109 98TH ST
WOODHAVEN, NY 11421-2733

Dirección de la propiedad
105-14 89TH STREET
OZONE PARK, NY 11417

**Servicio al Cliente**

 Internet
wellsfargo.com

 Teléfono*
1-800-274-7025

 Correspondencia
PO Box 10335
Des Moines IA 50306

 Fax
1-866-278-1179

 Pagos
PO Box 14507
Des Moines IA 50306

 Horario de atención
Lun - Vier 7 a.m. - 7 p.m. CT

*Aceptamos llamadas de los servicios de retransmisión de telecomunicaciones.

### Explicación del monto del pago (Pago posterior a la petición)

| | |
|---|---|
| Capital | $1,133.32 |
| Intereses | $1,351.09 |
| Depósito en garantía | $748.62 |
| Pago actual ² 08/01/22 | $3,233.03 |
| Monto total del pago ² | $3,233.03 |

²La información en esta sección refleja los montos del pago posteriores a la petición en virtud del plan de quiebra.

### Resumen de la cuenta

| | |
|---|---|
| Saldo del capital sin pagar | $246,973.64 |
| *(Este no es un monto de liquidación.)* | |
| Saldo de fondos no aplicados | $3,233.03 |
| Saldo del depósito en garantía | $2,493.94 |
| Tasa de interés | 6.625% |
| Fecha de vencimiento (mes/año) | 06/34 |

### Desglose de pagos previos

| | Desde el último estado de cuenta | Año a la fecha |
|---|---|---|
| Total recibido* | $3,233.03 | $16,352.35 |
| Capital | $0.00 | $5,512.90 |
| Intereses** | $0.00 | $6,909.15 |
| Depósito en garantía | $0.00 | $3,930.30 |
| Impuestos desembolsados (hasta la fecha) | | $1,574.04 |
| Seguro desembolsado (hasta la fecha) | | $2,319.00 |

*Este total puede incluir el saldo de Fondos no aplicados de la sección Resumen de la cuenta.
**Esta información no debe usarse para fines fiscales. Si tiene preguntas relacionadas con impuestos, consulte con su asesor fiscal.

### Mensajes informativos

Si el plan de quiebra requiere que usted realice pagos posteriores a la petición directamente al fiduciario, no nos envíe pagos a nosotros. En lugar de ello, envíe los pagos al fiduciario.

Es posible que este estado de cuenta no indique los pagos recientes enviados al fiduciario, quien aún no nos los haya enviado. Si tiene preguntas, comuníquese con su abogado o con el fiduciario.

Si hay un plan de prueba para la modificación de un préstamo, la Explicación del monto del pago seguirá reflejando el monto del pago posterior a la petición hasta que el préstamo se haya modificado permanentemente.

Si un deudor de un caso de quiebra intenta cambiar o modificar el gravamen hipotecario, los montos del estado de cuenta seguirán reflejando los montos posteriores a la petición hasta que el tribunal de quiebras presente una orden final y se lleven a cabo todos los ajustes del sistema. Una vez que se hayan llevado a cabo todos los ajustes del sistema, los montos del estado de cuenta, como los montos de las secciones Explicación del monto del pago y Resumen de cuentas, reflejarán los términos y condiciones de la orden final. Esto podría demorar hasta dos ciclos de facturación después de la presentación de una orden final.

Si un deudor de un caso de quiebra intenta eliminar o separar el gravamen hipotecario como parte de un caso de quiebra, los montos del estado de cuenta seguirán reflejando los montos posteriores a la petición hasta que se presente la orden de rehabilitación.

**Prestatarios con propiedades en Nueva York**
Estamos registrados ante el (la)Superintendente del New York State Department of Financial Services (Departamento de Servicios Financieros del Estado de Nueva York) como administrador exento. Puede presentar quejas y obtener información adicional sobre Wells Fargo llamando a la Consumer Assistance Unit (Unidad de Asistencia al Consumidor) del Departamento de Servicios Financieros del Estado de Nueva York al 1-800-342-3736 (marque 2 para recibir atención en español) o visitando el sitio Web del departamento en www.dfs.ny.gov (en inglés).

### Actividad desde su último estado de cuenta

| Fecha | Descripción | Total | Capital | Intereses | Depósito en garantía | Otro |
|---|---|---|---|---|---|---|
| 06/14 | Funds Received | $3,233.03 | | | | Unapplied $3,233.03 |
| 06/12 | Escrow refund | | | | -$100.31 | |

### Mensajes importantes

La traducción al español de las descripciones proporcionadas se encuentra en la página adicional adjunta. Las fechas que se señalan en este estado de cuenta se expresan en un formato de mes/ día / año

Continúa en la página siguiente

---

RODRIGO DUTAN
AMABLE C URUCHIMA
9109 98TH ST
WOODHAVEN, NY 11421

**Número de préstamo**
6965
**Fecha de pago 08/01/22**

Si el plan de quiebra requiere que usted realice pagos posteriores a la petición directamente al fiduciario, no nos envíe pagos a nosotros. En lugar de ello, envíe los pagos al fiduciario.

**Pago en internet - wellsfargo.com (en inglés)**

Marque aquí y consulte al reverso para corregir la dirección.

WELLS FARGO HOME MORTGAGE
PO BOX 14507
DES MOINES IA 50306-3507

Especifique el monto de los fondos adicionales

| | | |
|---|---|---|
| Pago x monto del pago | A | $ |
| Capital adicional | B | $ |
| Cargos por atraso | C | $ |
| Otro(s) cargo(s) | D | $ |
| Depósito en garantía adicional | E | $ |
| Monto total adjunto (No envíe dinero en efectivo) | F | $ |

**WELLS FARGO** Home Mortgage
Return Mail Operations
PO Box 14411
Des Moines IA 50306-3411

| | |
|---|---|
| Fecha del estado de cuenta | 05/12/22 |
| **Número de préstamo** | 5965 |
| Fecha de vencimiento del pago | 06/01/22 |
| **Monto total adeudado** | **$3,270.47** |

Podría aplicarse un cargo por pago atrasado de $49.69 el 06/16/22, o después de esa fecha.

Dirección de la propiedad: 105-14 89TH STREET OZONE PARK, NY 11417

### Servicio al Cliente

**Correspondencia**
PO Box 10335
Des Moines IA 50306

**Teléfono***
1-866-234-8271

**Fax**
1-866-278-1179

**Pagos**
Consulte a continuacion todas nuestras opciones de pago

**Horario de atención**
Lun - Vier 6 a.m. - 10 p.m.
Sab 8 a.m. - 2 p.m. CT

**Compra o refinanciamiento**
1-800-554-2880

**Aceptamos llamadas de los servicios de retransmisión de telecomunicaciones.

-C01-P07756-I

RODRIGO DUTAN
AMABLE C URUCHIMA
9109 98TH ST
WOODHAVEN, NY 11421-2733

### Disfrute de conveniencia y tranquilidad con los pagos automáticos.
Establezca pagos automáticos (mensuales, dos veces al mes, cada dos semanas o semanalmente) desde su(s) cuenta(s) de cheques o de ahorros. Llame al 1-866-234-8271 o inscríbase en wellsfargo.com/espanol.

### Maneras rápidas y fáciles de pagar
- **Por Internet** en wellsfargo.com/espanol.
- **Por banca móvil** con la app de Wells Fargo Mobile.
- **Por correo postal** haga un pago a Wells Fargo Home Mortgage con el cupón adjunto.
- **Por teléfono** al 1-866-234-8271, con acceso las 24 horas del día, los 7 días de la semana.
- **En persona** en una sucursal bancaria de Wells Fargo cerca de usted.

### Explicación del monto adeudado

| | |
|---|---|
| Capital | $1,120.91 |
| Intereses | $1,363.50 |
| Depósito en garantía | $786.06 |
| Pago actual | $3,270.47 |
| Monto total adeudado 06/01/22 | $3,270.47 |

### Resumen de la cuenta

| | |
|---|---|
| Saldo del capital sin pagar | $246,973.64 |
| *(Este no es un monto de liquidación.)* | |
| Saldo del depósito en garantía | $2,594.25 |
| Tasa de interés | 6.625% |
| Fecha de vencimiento (mes/año) | 06/34 |

### Desglose de pagos previos

| | Desde el último estado de cuenta | Año a la fecha |
|---|---|---|
| Total recibido* | $3,270.47 | $16,352.35 |
| Capital | $1,114.76 | $5,512.90 |
| Intereses** | $1,369.65 | $6,909.15 |
| Depósito en garantía | $786.06 | $3,930.30 |
| Impuestos desembolsados (hasta la fecha) | | $1,574.04 |
| Seguro desembolsado (hasta la fecha) | | $2,319.00 |

*Este total puede incluir el saldo de Fondos no aplicados de la sección Resumen de la cuenta.
**Esta información no debe usarse para fines fiscales. Si tiene preguntas relacionadas con impuestos, consulte con su asesor fiscal.

### Mensajes informativos
**Prestatarios con propiedades en Nueva York**
Estamos registrados ante el (la)Superintendente del New York State Department of Financial Services (Departamento de Servicios Financieros del Estado de Nueva York) como administrador exento. Puede presentar quejas y obtener información adicional sobre Wells Fargo llamando a la Consumer Assistance Unit (Unidad de Asistencia al Consumidor) del Departamento de Servicios Financieros del Estado de Nueva York al 1-800-342-3736 (marque 2 para recibir atención en español) o visitando el sitio Web del departamento en www.dfs.ny.gov (en inglés).

### Actividad desde su último estado de cuenta

| Fecha | Descripción | Total | Capital | Intereses | Depósito en garantía | Otro |
|---|---|---|---|---|---|---|
| 05/12 | Payment 05/2022 | $3,270.47 | $1,114.76 | $1,369.65 | $786.06 | |
| 05/09 | Hazard insurance pmt | | | | -$2,319.00 | INTEGON NATIONAL INS CO |

### Mensajes importantes
La traducción al español de las descripciones proporcionadas se encuentra en la página adicional adjunta. Las fechas que se señalan en este estado de cuenta se expresan en un formato de mes/ día / año

*Separe y envíe con su pago.*

RODRIGO DUTAN
AMABLE C URUCHIMA
9109 98TH ST
WOODHAVEN, NY 11421

**Número de préstamo**
5965
**Pago adeudado actual**
$3,270.47
**Monto total adeudado 06/01/22**
$3,270.47
Podría aplicarse un cargo por pago atrasado de $49.69 el 06/16/22, o después de esa fecha.

Pago en internet - wellsfargo.com (en inglés)

Marque aquí y consulte al reverso para corregir la dirección.

Especifique el monto de los fondos adicionales

| | | |
|---|---|---|
| Pago x monto del pago | A | $ 3233.03 |
| Capital adicional | B | $ |
| Cargos por atraso | C | $ |
| Otro(s) cargo(s) | D | $ |
| Depósito en garantía adicional | E | $ |
| Monto total adjunto (No envíe dinero en efectivo) | F | $ |

WELLS FARGO HOME MORTGAGE
PO BOX 105632
ATLANTA GA 30348-5632

0000000000000000 3