**Thomas McC. Souther, Esq.,** Board Chair
**Jessica A. Rose, Esq.,** Executive Director



Hon. Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

August 4, 2022

Re:    In re: Rodrigo I. Dutan Loss Mitigation Status
        Case No.: 1-22-41304-jmm

Dear Honorable Mazer-Marino,

    This office represents Rodrigo I. Dutan, the Debtor in the above referenced chapter 13 case. Please allow this letter to serve as a status letter of ongoing loss mitigation efforts.

    Request for loss mitigation was filed on June 9, 2022, and loss mitigation was approved by this Court on June 30, 2022. Counsel for the secured creditor filed its contact designation and thereafter parties engaged loss mitigation process. A complete loan modification application was submitted on July 26, 2022. As I understand, the secured creditor is currently reviewing the submitted documents and will determine whether any additional documents are needed.

    Please do not hesitate to contact me with any questions. Thank you for your consideration in this matter.

Sincerely,


Alexander Knipenberg, Esq.
Senior Staff Attorney
Brooklyn Legal Services Corporation A
260 Broadway, Suite 2
Brooklyn, NY 11211
Phone: (718) 487-2343
Email: aknipenberg@bka.org
By: S/___Alexander Knipenberg____

building communities  ensuring opportunity  achieving justice.

260 Broadway, 2nd Floor, Brooklyn, NY 11211 | 1471 Fulton Street, Brooklyn, NY 11216
bka.org    718-487-2300    718-782-6790 (Fax)